UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CLIFTON HYLTON,  )<br>MERLINE HYLTON AND  )<br>HYLTON REAL ESTATE  )<br>MANAGEMENT, INC.  )<br>Defendants.  )<br>) | Civil Action No.: 3:11-CV-01543-CFD<br><br>Date:   July 3, 2012 |

## DEFENDANTS' ANSWER, SPECIAL DEFENSES AND COUNTER CLAIM TO PLAINTIFFS' COMPLAINT

The Defendants, Clifton Hylton, Merline Hylton, Hylton Real Estate Management, Inc., (hereinafter "Defendants") and, by and through their undersigned counsel, hereby file their Answers, Special Defenses and Counter Claim to Plaintiffs' complaint in the captioned matter and states as follows:

### I
### ADMISSIONS AND DENIALS

### JURISDICTION AND VENUE

1. Defendants admit the allegations in Paragraph 1.

2. Defendants admit the allegations in Paragraph 2.

3. Defendants admit the allegations in Paragraph 3.

### PARTIES

4. Defendants admit the allegations in Paragraph 4, that the United States of America is a Plaintiff bringing action on behalf of complainants, but admits or denies the remainder of Paragraph 4 as follows:

   a. Defendants admit the allegations in Paragraph 4, Section a.

   b. Defendants admit the allegations in Paragraph 4, Section b.

      c. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation of Paragraph 4, Section c., and leave Plaintiffs to their proof.

5. Defendants admit the allegations in Paragraph 5.

6. Defendants admit the allegations in Paragraph 6.

7. Defendants admit the allegations in Paragraph 7.

## FACTUAL ALLEGATIONS

8. Defendants admit the allegations in Paragraph 8.

9. Defendants admit the allegations in Paragraph 9.

10. Defendants deny the allegations in Paragraph 10.

11. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation of Paragraph 11, and leave Plaintiffs to their proof.

12. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation of Paragraph 12, and leave Plaintiffs to their proof.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation of Paragraph 13, and leave Plaintiffs to their proof.

14. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation of Paragraph 14, and leave Plaintiffs to their proof.

15. Defendants deny the allegations in paragraph 15.

16. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and leave Plaintiffs to their proof.

17. Defendants admit to that part of paragraph 17 stating that the Secretary of HUD Conducted an investigation. Defendants deny the remaining allegations of paragraph 17.

18. Defendants admit the allegations in Paragraph 18.

19. Defendants admit the allegations in Paragraph 19.

## CLAIMS FOR RELIEF

20. Defendants answer the allegations set forth in Paragraph 20 as follows:

    a. Defendants deny the allegations in Paragraph 20, Section a.

    b. Defendants deny the allegations in Paragraph 20, Section b.

    c. Defendants deny the allegations in Paragraph 20, Section c.

21. Defendants deny the allegations in Paragraph 21.

22. Defendants deny the allegations in Paragraph 22.

## II
## SPECIAL DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Complainants Jermaine Bilbo and Taika Bilbo (hereinafter "Bilbos") never received written prior consent from the Defendants, to sub-let the apartment.

### SECOND AFFIRMATIVE DEFENSE

The Bilbo's bring this case after their breach of lease with the Defendants in order to escape liability, and insulate themselves against the defendant's ability to seek relief for their breach of the lease with the Defendant's.

### THIRD AFFIRMATIVE DEFENSE

Complainant DeMechia Wilson (Ms. Wilson) was not a prospective tenant and therefore has no standing. The Bilbo's misled Ms. Wilson into believing they had authority to negotiate for a lease of the subject property to her. Any belief Ms. Wilson had of securing the rental of the subject property was entirely due to the Bilbo's unauthorized conduct and prohibited by paragraph 14 of their lease with the defendants.

FOURTH AFFIRMATIVE DEFENSE

The Bilbos have no standing as any alleged discrimination on the part of the Defendants did not deny the Bilbos access of any dwelling and Defendants were able to find a new tenant to rent the subject property in July, 2010 so therefore the Bilbos have not suffered any damage upon which the court can grant relief.

### III. COUNTER CLAIM

**WHEREFORE,** Defendants pray for judgment or relief against the Plaintiffs as follows:

1. That the claim against the Defendants is dismissed with prejudice and that the Plaintiffs take nothing;

2. That Defendants be awarded its attorneys' fees, costs and disbursements incurred in defending this matter; and

3. Such other and further relief, including declaratory, equitable relief and damages, as this Court deems just and proper.

Respectfully submitted,

CLIFTON HYLTON,
MERLINE HYLTON,
HYLTON REAL ESTATE
MANAGEMENT, INC.

By: _____
John M. Loconsolo, Jr. ct02646
Attorney for Defendant
146 High Street
Enfield, CT 06082
Telephone: (860) 745-9480
Facsimile: (860) 741-2185
E-mail:

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 3r$^d$ day of July, 2012 to the following parties, by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system:

Ndidi N. Moses  
Assistant United States Attorney  
United States Attorney's Office  
District of Connecticut  
157 Church Street, 23rd Floor  
New Haven, CT 06510  
203-821-3700  

Timothy Bennett-Smyth  
The Connecticut Fair Housing Center  
221 Main Street, 4th Floor  
Hartford, CT 06106  
860-263-0728  

CLIFTON HYLTON,  
MERLINE HYLTON,  
HYLTON REAL ESTATE  
MANAGEMENT, INC.

By: _____  
John M. Loconsolo, Jr. ct02646  
Attorney for Defendant  
146 High Street  
Enfield, CT 06082  
Telephone: (860) 745-9480  
Facsimile: (860) 741-2185  
E-mail: attyjmlsolojr@netzero.com