**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:11-CV-1543(JCH) |
| and | : | |
| | : | |
| TAIKA BILBO, ET AL | : | MARCH 13, 2013 |
| Interveners, | : | |
| | : | |
| v. | : | |
| | : | |
| CLIFTON HYLTON, ET AL, | : | |
| Defendants. | : | |

**RULING RE: JOINT MOTION TO STRIKE ANSWER TO COMPLAINT (Doc. No. 75)**

The court denies the Motion to Strike the Defendants' Amended Answer to the Complaint (Doc. No. 75), filed by the United States of America and the intervenors Taika Bilbo, Jermaine Bilbo, and Demechia Wilson, for the reasons originally stated on the record at the pretrial conference on March 12, 2013.  The court stands by its original Ruling because it also finds that the defendants' objection to the introduction of Plaintiffs' Exhibit 11—defendants' original answer (Doc. No. 27)—has no merit.  See Defs.' Objections (Doc. No. 77) at 1.  The defendants' objection to Plaintiffs' Exhibit 11 is overruled.

**SO ORDERED.**

Dated at New Haven, Connecticut this 13th day of March, 2013.

      /s/ Janet C. Hall
Janet C. Hall
United States District Judge