UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
    Plaintiff,

and

JERMAINE BILBO
TAIKA BILBO
DEMECHIA WILSON
    Intervenor Plaintiffs,

v.                                                                         3:11CV1543(JCH)

CLIFTON HYLTON
MERLINE HYLTON
HYLTON REAL ESTATE MANAGEMENT, INC.
    Defendants.

## JUDGMENT

This matter came on for a bench trial before the Honorable Janet C. Hall, United States District Judge. On May 1, 2013, a bench trial ruling was entered in favor of the intervenor plaintiffs Jermaine Bilbo, Taika Bilbo, and DeMechia Wilson, and against defendants Clifton Hylton, Merline Hylton and Hylton Real Estate Management, Inc. ("HREM"). The court awarded $31,750 to Jermaine Bilbo and Taika Bilbo, of which $15,000 is against Clifton Hylton and $16,750 is against Clifton Hylton, Merline Hylton, and HREM, jointly and severally. The court awarded $44,341,05 to DeMechia Wilson, $20,000 of which is against Clifton Hylton and $24,341,05 against Clifton Hylton, Merline Hylton, and HREM, jointly and severally. In an Order entered on July 26, 2013, the court also ordered injunctive relief against defendants Clifton Hylton, Merline Hylton, and HREM.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the intervenor plaintiffs, against defendants, in the total amount of $76,091.05, and

injunctive relief against defendants Clifton Hylton, Merline Hylton, and HREM pursuant to the court's Order (Doc. No. 148), and the case is closed.

Dated at New Haven, Connecticut, this 31st day of July, 2013.

ROBIN D. TABORA, Clerk

By /s/ Diahann Lewis
Deputy Clerk

Entered on Docket  8/1/13