UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, ET AL | : | |
| Plaintiffs, | : | NOTICE OF APPEAL |
| | : | 3:11-CV-01543-JCH |
| v. | : | |
| CLIFTON HYLTON, ET AL | : | |
| Defendants, | : | AUGUST 30, 2013 |

### NOTICE OF APPEAL

Notice is hereby given that the Defendants, Clifton Hylton, Merline Hylton and Hylton Real Estate Management, Inc, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment, including all orders of damages, attorneys' fees, costs and injunctive relief, entered in this action on the 1st day August, 2013 by the Honorable Janet C. Hall.

THE DEFENDANTS
CLIFTON HYLTON, ET AL


/s/ Anthony C. DeFilippis, Jr.
Anthony C. DeFilippis, Jr.
DeFilippis Law, LLC
10 North Main Street, PH7
West Hartford, CT 06107
Tel.and Fax. 860.819.3366
acd@defilippislaw.com
Fed. Bar No.  CT01191

## CERTIFICATION OF SERVICE

      I hereby certify that on August 30, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Anthony C. DeFilippis, Jr.
Anthony C. DeFilippis, Jr.
DeFilippis Law, LLC
10 North Main Street, PH7
West Hartford, CT 06107
Tel.and Fax. 860.819.3366
acd@defilippislaw.com
Fed. Bar No.  CT01191